UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:18-CR-00066-D-1

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER TO SEAL |
| SHIQWON TYRELL PETERS | |

UPON Motion by Defendant, Shiqwon Tyrell Peters, and for good cause shown, it is hereby ordered that Docket Entry Number 65 be sealed has motioned.

This **27** day of **November** 2018.

JAMES C. DEVER, III
United States District Judge