**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**SOUTHERN DIVISION**
**7:18-CR-00066-D-1**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **SECOND ORDER TO SEAL** |
| **SHIQWON TYRELL PETERS** | |

UPON Motion by Defendant, Shiqwon Tyrell Peters, and for good cause shown, it is

hereby ordered that Docket Entry Number 67 be sealed has motioned.

This __28__ day of _____November_____ 2018.

_____
JAMES C. DEVER, III
United States District Judge