UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Shiqwon Tyrell Peter

Docket No. 7:18-CR-66-1-D

**Petition for Action on Probation**

COMES NOW Mark L. Culp, Senior U.S. Probation Officer of the court, presenting a Petition for Action on the Judgment of Shiqwon Tyrell Peters, who, upon an earlier plea of guilty to Possession of a Firearm by a Felon, in violation of 18 U.S.C. § 922 (g)(1) and 18 U.S.C. § 924 (a)(2), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on February 7, 2019, to the custody of the Bureau of Prisons for a term of 24 months. It was further ordered that the defendant be placed on supervised release for a term of 36 months upon release from imprisonment. Shiqwon Tyrell Peters was released from custody and the term of supervised release commenced on December 31, 2019.

A Motion for Revocation and Warrant for Arrest were filed on September 8, 2020, alleging the defendant had violated the conditions of his supervised release by committing the offenses of Felony Possession With Intent to Manufacture/Sell/Deliver Methamphetamine, Felony Conspiracy to Sell Methamphetamine, Felony Maintaining Vehicle/Dwelling/Place for Controlled Substances, Felony Fleeing to Elude Arrest, Misdemeanor Resisting Public Officer, and Hit and Run with Property Damage. The revocation proceedings have remained pending awaiting adjudication of the state charges that initiated the Motion for Revocation and the defendant has remained in custody.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On September 2, 2022, the state charges were voluntarily dismissed. It now appears that the ends of justice would best be served by withdrawing the Motion for Revocation before the Court.

**PRAYING THAT THE COURT WILL ORDER** that the Motion for Revocation and Warrant for Arrest filed on September 8, 2022, be withdrawn, the hearing scheduled for September 12, 2022, be cancelled, and the supervised release term heretofore granted be allowed to expire.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Mark L. Culp
Mark L. Culp
Senior U.S. Probation Officer
150 Rowan Street, Suite 110
Fayetteville, NC 28301-5730
Phone: 910-354-2543
Executed On: September 9, 2022

**ORDER OF THE COURT**

Considered and ordered this  12  day of  September , 2022 and ordered filed and made a part of the records in the above case.

James C. Dever III
U.S. District Judge